AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Pregerson, Harry | **2. Court or Organization**<br><br>United States Court of Appeals for Ninth Circuit | **3. Date of Report**<br><br>08/04/2016 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States Circuit Court Judge - Senior Status | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

21800 Oxnard Street
Suite 1140
Woodland Hills, Ca 91367

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Marine Corps Reserve Officers Association |
| 2. | Member | Advisory Board, Childhelp USA |
| 3. | Member | Advisory Board, Southern California Divisional Headquarters, The Salvation Army |
| 4. | Member | Board of Directors, Devil Pups, Inc |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 08/04/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | State of California Judge's Retirement System | $18,168.00 |
| 2. 2015 | Raymond James & Assoc - IRA | $407.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | CA Public Employees Retirement System |
| 2. 2015 | CA State Teachers Retirement System |
| 3. 2015 | First Clearing, LLC IRA |
| 4. 2015 | State Street Retiree Services for Calstrs Pension |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pregerson, Harry** | 08/04/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Lot 59, Oxnard Shores, CA (1964) | | None | O | W | | | | | |
| 2. Lot 60, Oxnard Shores, CA (1964) | | None | O | W | | | | | |
| 3. Lot 88, Woodland Hills, CA | | None | O | W | | | | | |
| 4. Ltd Partnership Interest-Penn Cal Investors, Pittsburgh,PA | H1 | Rent | N | U | | | | | |
| 5. Chase cash accounts | A | Interest | L | T | | | | | |
| 6. Wells Fargo Joint (H) | | | | | | | | | |
| 7. Wells Fargo Money Market | A | Interest | M | T | Buy (add'l) | 11/18/15 | L | | |
| 8. Bank of Baroda | B | Interest | M | T | | | | | |
| 9. Synchrony Bank | C | Interest | M | T | | | | | |
| 10. Discover Bank | C | Interest | M | T | | | | | |
| 11. Northern Trust (H) | | | | | | | | | |
| 12. MFB Northern Fds Stk Index | D | Dividend | N | T | Buy (add'l) | 01/30/15 | K | | |
| 13. - MFO American Centy CA Tax-Free Bd Fd Inv | D | Dividend | N | T | | | | | |
| 14. - MFB NTHN CA Mun Money Mkt | A | Interest | O | T | | | | | |
| 15. Raymond James (H) | | | | | | | | | |
| 16. - JP Morgan Chase & Co. Notes | A | Interest | | | Sold | 07/31/15 | K | A | |
| 17. - Microsoft Coporation Stock | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 08/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - Seadrill Limited Corporate Stock | A | Dividend | J | T | Buy (add'l) | 01/02/15 | K | | |
| 19.  American Express Centurion | A | Interest | M | T | Open | 08/01/15 | M | | |
| 20.  Citibank | A | Interest | J | T | Open | 08/01/15 | J | | |
| 21.  Regions Bank | A | Interest | | | Closed | 07/31/15 | J | | |
| 22.  Synchrony Bank | A | Int./Div. | | | Closed | 07/31/15 | J | | |
| 23.  Goldman Sachs Bank USA | A | Interest | M | T | | | | | |
| 24.  Raymond James Money Market | A | Interest | M | T | | | | | |
| 25.  Raymond James IRA #2: Raymond James Bank | A | Interest | J | T | | | | | |
| 26.  Raymone James IRA #2: Seadrill Ltd Stock | A | Dividend | J | T | | | | | |
| 27.  Capital One (was Ing Direct - Orange Savings) | A | Interest | M | T | | | | | |
| 28.  City National Bank (H) | | | | | | | | | |
| 29.  CD/Money Market | A | Interest | N | T | | | | | |
| 30.  - Checking Accts | A | Interest | M | T | | | | | |
| 31.  Janus Money Market Fund D | A | Int./Div. | N | T | | | | | |
| 32.  Wells Fargo Bank cash account | A | Interest | N | T | | | | | |
| 33.  Chase (H) | | | | | | | | | |
| 34.  JP Morgan Trust II Liquid Assets | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 08/04/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. SPDR S&P 500 ETF TR | A | Dividend | J | T | Buy (add'l) | 03/06/15 | J | | |
| 36. | | | | | Buy (add'l) | 04/08/15 | J | | |
| 37. | | | | | Sold (part) | 09/25/15 | J | A | |
| 38. Blackrock Funds II US | A | Dividend | J | T | | | | | |
| 39. Blackrock Funds High Yield Bond Port | A | Dividend | J | T | Buy | 09/25/15 | J | | |
| 40. Blackrock International | A | Dividend | J | T | | | | | |
| 41. Brown Advisory Funds | A | Dividend | J | T | Buy | 09/25/15 | J | | |
| 42. Deutsche X Trackers MSCI | A | Dividend | J | T | Buy | 04/08/15 | J | | |
| 43. Dodge & Cox Funds | A | Dividend | J | T | | | | | |
| 44. Dodge & Cox Income Fund | A | Dividend | J | T | | | | | |
| 45. Federated Institutional High Yield Bond Fund | A | Dividend | J | T | | | | | |
| 46. Goldman Sachs Emerging Market Debt Fund | A | Dividend | | | Sold | 05/19/15 | J | A | |
| 47. John Hancock Income Fund | A | Dividend | J | T | | | | | |
| 48. Oakmark Fund | A | Dividend | J | T | | | | | |
| 49. Ishares Trust Russell 2000 Index | A | Dividend | | | Sold | 09/25/15 | J | A | |
| 50. Ishares MSCI EAFE (X) | A | Dividend | J | T | Sold (part) | 04/08/15 | J | A | |
| 51. JP Morgan Trust I US Equity Fund Select Cl | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. JP Morgan Trust II Core Bond Fund Select Cl | A | Dividend | J | T | | | | | |
| 53. JP Morgan Trust I MidCap Equity Fund Select Cl | A | Dividend | J | T | | | | | |
| 54. JP Morgan Trust II High Yield Select Cl | A | Dividend | J | T | | | | | |
| 55. JP Morgan Short Duration Bond Fund Select Cl | A | Dividend | K | T | | | | | |
| 56. JP Morgan Trust I Int'l Value Fund Select Cl | A | Dividend | | | Sold | 04/08/15 | J | A | |
| 57. Mainstay High Yield Corp Bond Fund | A | Dividend | J | T | Buy | 03/06/15 | J | | |
| 58. | | | | | Buy (add'l) | 05/19/15 | J | | |
| 59. MFS Ser Tr X Emerging Market Debt Fund Class I | A | Dividend | | | Sold | 05/19/15 | J | A | |
| 60. MFS Research International Fund | A | Dividend | J | T | | | | | |
| 61. Massachusetts Investors Trust | A | Dividend | J | T | | | | | |
| 62. PIMCO Short Term Fund Institutional | A | Dividend | K | T | Sold (part) | 03/06/15 | J | A | |
| 63. | | | | | Sold (part) | 05/19/15 | J | A | |
| 64. T Rowe Price New Income Fund Inc | A | Dividend | J | T | | | | | |
| 65. Transamerica High Yield Bond Fund X) | A | Dividend | | | Sold | 03/06/15 | J | A | |
| 66. Vanguard Bond Index Fund | A | Dividend | J | T | | | | | |
| 67. Wisdomtree Japan Hedged Equity | A | Dividend | J | T | Buy | 09/25/15 | J | | |
| 68. Wells Fargo IRA (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 08/04/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Energy Select Sector SPDR | A | Dividend | K | T | Buy (add'l) | 01/07/15 | J | | |
| 70. Financial Select Sector SPDR | A | Dividend | K | T | Buy (add'l) | 01/07/15 | J | | |
| 71. | | | | | Sold (part) | 11/13/15 | J | A | |
| 72. Industrial Select Sector SPDR | A | Dividend | K | T | Buy (add'l) | 01/07/15 | J | | |
| 73. | | | | | Sold (part) | 11/13/15 | J | A | |
| 74. | | | | | Sold (part) | 11/13/15 | J | A | |
| 75. Ishares Core S&P Midcap | B | Dividend | M | T | Sold (part) | 01/07/15 | J | A | |
| 76. | | | | | Sold (part) | 07/07/15 | J | A | |
| 77. | | | | | Buy (add'l) | 08/06/15 | J | | |
| 78. | | | | | Sold (part) | 11/13/15 | J | B | |
| 79. Ishares Core S&P Smallcap | B | Dividend | M | T | Sold (part) | 01/07/15 | J | A | |
| 80. | | | | | Sold (part) | 05/01/15 | J | B | |
| 81. | | | | | Sold (part) | 07/07/15 | J | A | |
| 82. | | | | | Sold (part) | 08/06/15 | K | C | |
| 83. | | | | | Sold (part) | 11/13/15 | J | B | |
| 84. Ishares MSCI Malaysia Index Fund | A | Dividend | | | Sold | 01/07/15 | J | A | |
| 85. Ishares MSCI Germany | A | Dividend | K | T | Buy (add'l) | 07/07/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 08/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 08/06/15 | J | A | |
| 87. | | | | | Sold (part) | 11/13/15 | J | A | |
| 88. Ishares MSCI Eafe Index Fund | A | Dividend | J | T | | | | | |
| 89. Ishares MSCI Mexico Capped Investable Market Fund | A | Dividend | J | T | Sold (part) | 01/07/15 | J | A | |
| 90. | | | | | Sold (part) | 11/13/15 | J | A | |
| 91. Ishares MSCI South Korea Capped Index Fund | A | Dividend | | | Sold | 07/07/15 | J | A | |
| 92. Ishares MSCI United Kingdom Index Fund | B | Dividend | J | T | Sold (part) | 11/13/15 | J | A | |
| 93. Ishares S&P North America Tech. Networking Index | A | Dividend | J | T | | | | | |
| 94. Powershares DB Commodity Index Tracking Fund | A | Dividend | J | T | Buy (add'l) | 01/07/15 | J | | |
| 95. Powershares DB Energy Fund | A | Dividend | | | Sold | 01/07/15 | J | A | |
| 96. Select Sector SPDR Consumer Staples | A | Dividend | J | T | Sold (part) | 11/13/15 | J | A | |
| 97. Select Sector SPDR Fd. Materials | A | Dividend | J | T | | | | | |
| 98. Select Sector SPDR Fd Health Care | A | Dividend | K | T | Sold (part) | 11/13/15 | J | A | |
| 99. Select Sector SPDR Fd Consumer Discretionary | A | Dividend | K | T | Sold (part) | 11/13/15 | J | A | |
| 100. SPDR Euro StoXX50 | B | Dividend | K | T | Sold (part) | 05/01/15 | J | A | |
| 101. | | | | | Buy (add'l) | 07/07/15 | J | | |
| 102. | | | | | Sold (part) | 08/06/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 08/04/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 11/13/15 | J | A | |
| 104. SPODR S&P 500 Trust | A | Dividend | J | T | Buy (add'l) | 01/07/15 | K | | |
| 105. | | | | | Sold (part) | 05/01/15 | J | A | |
| 106. | | | | | Buy (add'l) | 08/06/15 | J | | |
| 107. SPDR S&P Bank | A | Dividend | | | Sold | 01/07/15 | J | B | |
| 108. SPDR S&P Retail | A | Dividend | J | T | Buy (add'l) | 08/06/15 | J | | |
| 109. | | | | | Sold (part) | 11/13/15 | J | A | |
| 110. Vanguard Telecommunications Svc | A | Dividend | J | T | | | | | |
| 111. Vanguard Info. Technology | A | Dividend | L | T | Sold (part) | 11/13/15 | J | B | |
| 112. Vanguard International Equity Index Funds Emerging Markets | B | Dividend | K | T | Buy (add'l) | 01/07/15 | J | | |
| 113. | | | | | Buy (add'l) | 05/01/15 | K | | |
| 114. | | | | | Buy (add'l) | 07/07/15 | J | | |
| 115. | | | | | Sold (part) | 08/06/15 | J | A | |
| 116. | | | | | Sold (part) | 11/13/15 | J | A | |
| 117. Vanguard Developed markets | A | Dividend | K | T | Sold (part) | 11/13/15 | J | A | |
| 118. Vanguard REIT | B | Dividend | K | T | Buy (add'l) | 08/06/15 | J | | |
| 119. | | | | | Sold (part) | 11/13/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 08/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Egshares Emerging Markets Consumer | A | Dividend | J | T | | | | | |
| 121. Wells Fargo cash | A | Interest | K | T | | | | | |
| 122. Wells Fargo Joint Account (H) | | | | | | | | | |
| 123. Energy Select Sector SPDR | A | Dividend | | | Buy (add'l) | 01/07/15 | J | | |
| 124. | | | | | Sold | 12/23/15 | K | A | |
| 125. Egshares Emergy Markets | A | Dividend | J | T | | | | | |
| 126. Financial Select Sector SPDR | A | Dividend | K | T | Buy (add'l) | 01/07/15 | J | | |
| 127. Industrial Select Sector SPDR | A | Dividend | K | T | Buy (add'l) | 01/07/15 | J | | |
| 128. Ishares Core S& P Midcap | B | Dividend | M | T | Sold (part) | 07/07/15 | J | A | |
| 129. | | | | | Buy (add'l) | 08/06/15 | J | | |
| 130. Ishares Core S&P Smallcap | B | Dividend | L | T | Buy (add'l) | 01/07/15 | J | | |
| 131. | | | | | Sold (part) | 05/01/15 | J | B | |
| 132. | | | | | Sold (part) | 07/07/15 | J | A | |
| 133. | | | | | Sold (part) | 08/06/15 | J | C | |
| 134. Ishares MSCI Emerging Markets | A | Dividend | K | T | Buy | 12/17/15 | K | | |
| 135. Ishares MSCI Germany | A | Dividend | K | T | Buy (add'l) | 07/07/15 | J | | |
| 136. | | | | | Sold (part) | 08/06/15 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 08/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Ishares MSCI Malaysia Index Fund | A | Dividend | | | Sold | 01/07/15 | J | A | |
| 138. Ishares MSCI EAFE Index Fund | A | Dividend | J | T | | | | | |
| 139. Ishares MSCI Mexico Capped | A | Dividend | J | T | | | | | |
| 140. Ishares MSCI S. Korea Capped Index | A | Dividend | | | Sold | 07/07/15 | J | A | |
| 141. Ishares MSCI United Kingdom Index Fund | A | Dividend | J | T | | | | | |
| 142. Ishares S&P N. Am. Tech. | A | Dividend | J | T | | | | | |
| 143. Powershares DB Commodity Index Tracking | A | Dividend | J | T | Buy (add'l) | 01/07/15 | J | | |
| 144. Powershares DB Enrgy Et Fund | A | Dividend | | | Sold | 01/07/15 | J | A | |
| 145. Select Sector SPDR TR Consumer Staples | A | Dividend | J | T | | | | | |
| 146. Select Sector SPD Fd Materials | A | Dividend | J | T | Sold (part) | 01/07/15 | J | A | |
| 147. Select Sector SPDR Fd Health Care | A | Dividend | K | T | | | | | |
| 148. Select Sector SPDR Fd Consumer Discretionary | A | Dividend | K | T | Sold (part) | 07/07/15 | J | A | |
| 149. SPDR Euro StoXX 50 | B | Dividend | | | Sold (part) | 05/01/15 | J | A | |
| 150. | | | | | Buy (add'l) | 07/07/15 | J | | |
| 151. | | | | | Sold (part) | 08/06/15 | J | A | |
| 152. | | | | | Sold | 12/23/15 | K | A | |
| 153. SPDR S&P 500 Trust | A | Dividend | J | T | Buy | 01/07/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 08/04/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 05/01/15 | J | A | |
| 155. | | | | | Buy (add'l) | 08/06/15 | J | | |
| 156. SPDR S&P Bank | A | Dividend | | | Sold | 01/07/15 | J | B | |
| 157. SPDR S&P Retail | A | Dividend | J | T | Buy (add'l) | 08/06/15 | J | | |
| 158. Vanguard Energy | A | Dividend | J | T | Buy | 12/23/15 | J | | |
| 159. Vanguard FTSE European | A | Dividend | K | T | Buy | 12/23/15 | K | | |
| 160. Vanguard Telecommunication Services | A | Dividend | J | T | | | | | |
| 161. Vanguard Information Technology | A | Dividend | K | T | | | | | |
| 162. Vanguard International Equity Index Fd Emerging | A | Dividend | | | Buy (add'l) | 01/07/15 | J | | |
| 163. | | | | | Buy (add'l) | 05/01/15 | K | | |
| 164. | | | | | Buy (add'l) | 07/07/15 | J | | |
| 165. | | | | | Sold (part) | 08/06/15 | J | | |
| 166. | | | | | Sold | 12/15/15 | K | A | |
| 167. Vanguard Developed Markets | A | Dividend | K | T | | | | | |
| 168. Vanguard REIT | A | Dividend | K | T | Buy (add'l) | 08/06/15 | K | | |
| 169. Wells Fargo Money Market | A | Dividend | K | T | | | | | |
| 170. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 08/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | | | | | |
| 172. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 08/04/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Harry Pregerson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544